**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**11/26**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Scene One Gilford, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-2719730** |
| 4. | **Debtor's address** | **Principal place of business**<br>**400 State Street**<br>**Schenectady, NY 12305**<br>Number, Street, City, State & ZIP Code<br>**Schenectady**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.btmcinemas.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Scene One Gilford, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first two sub-boxes. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the third sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Scene One Gilford, LLC** Case number (*if known*)

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Scene One Gilford, LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 22, 2026**
MM / DD / YYYY

*X* **/s/ Joe Masher**
Signature of authorized representative of debtor

**Joe Masher**
Printed name

Title **Principal**

**18. Signature of attorney**

*X* **/s/ Michael Boyle**
Signature of attorney for debtor

Date **November 22, 2026**
MM / DD / YYYY

**Michael Boyle 519211**
Printed name

**Boyle Legal LLC**
Firm name

**64 2nd Street**
**Troy, NY 12180**
Number, Street, City, State & ZIP Code

Contact phone **518-407-3121** Email address **mike@boylebankruptcy.com**

**519211 NY**
Bar number and State

Debtor **Scene One Gilford, LLC** Case number (*if known*)
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **BTC Schenectady, LLC** | | | Relationship to you | **Related Subsidiary** |
| District | **Northern District of New York** | When | **11/22/26** | Case number, if known | **26-11389** |
| Debtor | **BTC Theater Management, LLC** | | | Relationship to you | **Related Subsidiary** |
| District | **Northern District of New York** | When | **11/22/26** | Case number, if known | **26-11390** |
| Debtor | **Scene One Entertainment Parks, LLC** | | | Relationship to you | **Related Subsidiary** |
| District | **Northern District of New York** | When | **11/22/26** | Case number, if known | **26-11391** |
| Debtor | **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC** | | | Relationship to you | **Principal LLC** |
| District | **Northern District of New York** | When | **11/22/26** | Case number, if known | **26-11388** |
| Debtor | **Scene One Greenville, LLC** | | | Relationship to you | **Subsidiary of SOE** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One Market Arcade, LLC d/b/a Scene One Market Arcade Cinemas** | | | Relationship to you | **Subsidiary of SOE** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One New Canaan, LLC** | | | Relationship to you | **Subsidiary of SOE** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One Spectrum, LLC** | | | Relationship to you | **Subsidiary of SOE** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One Wilford, LLC** | | | Relationship to you | **Subsidiary of SOE** |
| District | **Northern District of New York** | When | | Case number, if known | |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of New York

In re **Scene One Gilford, LLC** Debtor(s)

Case No. ______

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

■ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **65,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **450.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor ■ Other (specify): **Scene One Entertainment LLC**

3. The source of compensation to be paid to me is:

☐ Debtor ■ Other (specify): **Scene One Entertainment LLC**

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

■ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Scene One Entertainment LLC**

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [List other services that counsel has agreed to provide]

**a. Preparation, review, and filing of the Chapter 11 bankruptcy petition, schedules, statements, and all other required bankruptcy documents;**
**b. Representation of the Debtor in all proceedings before the United States Bankruptcy Court;**
**c. Advising the Debtor concerning its rights, duties, and obligations under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure;**
**d. Representation in connection with the administration of the bankruptcy estate, including compliance with applicable reporting and disclosure obligations;**
**e. Preparation, filing, prosecution, and defense of motions, applications, objections, contested matters, and adversary proceedings arising under, arising in, or related to the bankruptcy case;**
**f. Representation concerning claims against the Debtor or the bankruptcy estate, including the review, negotiation, and objection to proofs of claim;**
**g. Representation concerning the automatic stay, executory contracts, unexpired leases, use of cash collateral, financing, sale or disposition of estate property, and other matters arising in the bankruptcy proceeding;**
**h. Negotiation, preparation, modification, and prosecution of any Chapter 11 plan of reorganization or liquidation and associated disclosure statements or other confirmation documents;**
**i. Communications and negotiations with creditors, the Office of the United States Trustee, any appointed**

In re **Scene One Gilford, LLC** Case No. ____________

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

(Continuation Sheet)

**trustee, committees, and other parties in interest concerning the bankruptcy proceeding;**
**j. Representation in connection with confirmation, implementation, and consummation of a Chapter 11 plan, including post-confirmation matters relating to the bankruptcy case; and**
**k. All other legal services reasonably necessary or appropriate to the representation of the Debtor in connection with its Chapter 11 bankruptcy proceeding.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Any non-bankruptcy related legal services.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 22, 2026**
*Date*

**/s/ Michael Boyle**
**Michael Boyle 519211**
*Signature of Attorney*
**Boyle Legal LLC**
**64 2nd Street**
**Troy, NY 12180**
**518-407-3121 Fax: 518-516-5075**
**mike@boylebankruptcy.com**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of New York

In re **Scene One Gilford, LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph Masher**<br>**1006 Catherine Woods**<br>**Schenectady, NY 12309** | **A** | **100** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Principal** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 22, 2026**

Signature **/s/ Joe Masher**
**Joe Masher**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re **Scene One Gilford, LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Scene One Gilford, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 22, 2026**
Date

**/s/ Michael Boyle**
**Michael Boyle 519211**
Signature of Attorney or Litigant
Counsel for **Scene One Gilford, LLC**

**Boyle Legal LLC**
**64 2nd Street**
**Troy, NY 12180**
**518-407-3121 Fax:518-516-5075**
**mike@boylebankruptcy.com**